# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| GERALD GLEN MOSELEY | § | Case No.: 24-11376 |
| MARIA SALDIVAR MOSELEY | § | Chapter 13 |
| | § | |
| Debtors | § | |

## ORDER AUTHORIZING TRANSFER OF FUNDS

ON THIS DAY the Debtors' Motion to Transfer came on for consideration, and the Court finds good cause exists to grant the Motion.

IT IS, THEREFORE, ORDERED that the funds be transferred from Arlice Harris account [24-11375] to Gerald Glen Moseley and Maria Saldivar Moseley's Account [24-11376] to allow the Chapter 13 Trustee to receive and disburse payments on the Debtors case.

###

Respectfully Submitted

/s/ Dorothy Lawrence
Dorothy Lawrence
State Bar No. 24072015
ALLMAND LAW FIRM, P.L.L.C.
860 Airport Freeway, Suite 401
Hurst, TX 76054
214.265.0123 Phone
214.265.1979 Fax
ATTORNEY FOR DEBTORS