```
Label Matrix for local noticing          U.S. BANKRUPTCY COURT                    5/3 Bancorp
0542-5                                    615 E. HOUSTON STREET, ROOM 597          ATTN Bankruptcy 38 Fountain Square Plaza
Case 24-52059-mmp                         SAN ANTONIO, TX 78205-2055               Cincinnati, OH 45263-0001
Western District of Texas
San Antonio
Mon Jan 27 11:59:34 CST 2025

AAFES                                     AT&T                                     Admin Recovery, LLC
Attn: Bankruptcy                          Attn: Bankruptcy                         6225 Sheridan Drive Ste 118
PO Box 650060                             PO Box 6416                              Buffalo, NY 14221-4800
Dallas, TX 75265-0060                     Carol Stream, IL 60197-6416


(p)ALLIANT CREDIT UNION                   (p)ALLMAND LAW FIRM                      Alsatian Attic Self Storage
BANKRUPTCY DEPARTMENT                     860 AIRPORT FREEWAY                      2420 US 90 East
11545 W TOUHY AVE                         401                                      Castroville, TX 78009-5467
CHICAGO IL 60666-5000                     HURST TX 76054-3264


Attorney General of Texas                 Barclays Bank Delaware                   (p)LINEBARGER GOGGAN BLAIR & SAMPSON  LLP
Bankruptcy Collection Division            Attn: Bankruptcy                         ATTN DON STECKER
PO Box 12017                              PO Box 8801                              112 E PECAN
Austin, TX 78711-2017                     Wilmington, DE 19899-8801                SUITE 2200
                                                                                   SAN ANTONIO TX 78205-1588


Capital One                               Capital One N.A.                         Carmeshia Louise Miller
by American InfoSource as Agent           by AIS InfoSource LP as agent            13711 Kotili Ln
PO Box 71083                              PO Box 71083                             San Antonio, TX 78245-3294
Charlotte, NC 28272-1083                  Charlotte, NC  28272-1083


Discover Bank                             Discover Financial                       Drop Shade
PO Box 3025                               Attn: Bankruptcy                         14001 Distribution Way
New Albany, OH  43054-3025                PO Box 3025                              Dallas, TX 75234-3438
                                          New Albany, OH 43054-3025


ESP Receivables Management                Fortiva                                  Integra Credit
639 Lotus Drive N 3                       Attn: Bankruptcy                         Attn: Bankruptcy 120 S La Salle St #
Mandeville, LA 70471-2926                 PO Box 105555                            Chicago, IL 60603-3403
                                          Atlanta, GA 30348-5555


Internal Revenue Service                  Internal Revenue Service                 (p)JEFFERSON CAPITAL SYSTEMS LLC
Centralized Insolvency Operations         Centralized Insolvency Operations 1285   PO BOX 7999
PO Box 7346                               PO Box 7346                              SAINT CLOUD MN 56302-7999
Philadelphia, PA 19101-7346               Philadelphia, PA 19101-7346


Jefferson Capital Systems, LLC            Kohl's                                   LifeStorage
PO Box 1999                               PO Box 2983                              12991 Potranco Rd
Saint Cloud, MN 56302-9617                Milwaukee, WI 53201-2983                 San Antonio, TX 78253-7104


(p)DSNB MACY S                            Mary K. Viegelahn                        NTTA
CITIBANK                                  10500 Heritage Blvd, Ste 201             PO Box 660244
1000 TECHNOLOGY DRIVE MS 777              San Antonio, TX 78216-3631               Dallas, TX 75266-0244
O FALLON MO 63368-2239
```

| | | |
|---|---|---|
| NetCredit<br>175 W Jackson Blvd<br>Suite 600<br>Chicago, IL 60604-2948 | NetCredit<br>Attn: Bankruptcy<br>PO Box 206766 , Ste 1000<br>Dallas, TX 75320-6766 | NewRez LLC d/b/a Shellpoint Mortgage Servici<br>P.O. Box 10826<br>Greenville, SC 29603-0826 |
| Office of the United States Trustee<br>Region 7<br>515 Rusk Street, Suite 3516<br>Houston, TX 77002-2604 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | (p)PENTAGON FEDERAL CREDIT UNION<br>ATTN BANKRUPTCY DEPARTMENT<br>P O BOX 1432<br>ALEXANDRIA VA 22313-1432 |
| QVC Shopping<br>1200 Wilson Dr.<br>West Chester, PA 19380-4262 | Quantum3 Group LLC as agent for<br>AXIOM ACQUISITION VENTURES LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 | Quantum3 Group LLC as agent for<br>Crown Asset Management LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 |
| Quantum3 Group LLC as agent for<br>Sadino Funding LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 | Resurgent Receivables, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | SANTANDER CONSUMER USA<br>P.O. Box 560284<br>Dallas, TX 75356-0284 |
| Safe Home Security<br>Attn: Bankruptcy 1125 Middle Street<br>Middletown, CT 06457-1686 | Santander Consumer USA, Inc<br>Attn: Bankruptcy<br>10-64-38-FD7   601 Penn St<br>Reading, PA 19601-3544 | Scolopax, LLC<br>C/O Weinstein & Riley, P.S.<br>749 GATEWAY, SUITE G-601<br>ABILENE, TX 79602-1196 |
| (p)SECURITY SERVICE FEDERAL CREDIT UNION<br>ATTN ATTN PATRICK RYAN<br>15000 IH 10 WEST<br>SAN ANTONIO TX 78249-3530 | Shellpoint Mortgage Servicing<br>PO Box 650840<br>Dallas, TX 75265-0840 | Synchrony Bank/Care Credit<br>Attn:  Bankruptcy Dept<br>PO Box 965064<br>Orlando, FL 32896-5060 |
| Synchrony Bank/Lowes<br>Attn:  Bankruptcy<br>PO Box 965060<br>Orlando, FL 32896-5060 | Synchrony/PayPal Credit<br>Attn: Bankruptcy<br>PO Box 965060<br>Orlando, FL 32896-5060 | TD Retail Card Services<br>c/o Creditors Bankruptcy Service<br>P.O. Box 800849<br>Dallas, TX 75380-0849 |
| Texas Alcoholic Beverage Comm<br>Licenses and Permits Division<br>PO Box 13127<br>Austin, TX 78711-3127 | US Attorney General<br>US Department of Justice<br>950 Pennsylvania Ave, NW<br>Washington, DC 20530-0009 | United States Attorney - Western<br>903 San Jacinto Blvd Room 230<br>Austin, TX 78701-2450 |
| United States Trustee - SA12<br>US Trustee's Office<br>615 E Houston, Suite 533<br>San Antonio, TX 78205-2055 | United States Trustee - Western<br>615 E. Houston Street Suite 533<br>San Antonio, TX 78205-2055 | (p)EMONEYUSA<br>8700 STATE LINE ROAD<br>SUITE 350<br>LEAWOOD KS 66206-1570 |
| eMoneyUSA Holdings, LLC<br>C/O Weinstein & Riley, P.S.<br>749 GATEWAY, SUITE G-601<br>ABILENE, TX 79602-1196 | Dorothy K Lawrence<br>Allmand Law Firm, PLLC<br>860 Airport Fwy #401<br>Hurst, TX 76054-3264 | Mary K Viegelahn, Chapter 13 Trustee<br>10500 Heritage Blvd, Suite 201<br>San Antonio, TX 78216-3631 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Alliant Credit Union<br>11545 W. Toughy Ave.<br>Chicago, IL 60666-5000 | Allmand Law Firm, PLLC<br>860 Airport Fwy Ste 401<br>Hurst, TX 76054-3264 | Bexar County<br>c/o Karalyssa Casillas<br>112 E. Pecan Street, Suite 2200<br>San Antonio, TX 78205 |
| (d)Bexar County Appraisal District<br>Attn: Bankruptcy<br>PO Box 839950<br>San Antonio, TX 78283 | Jefferson Capital Systems LLC<br>Po Box 7999<br>Saint Cloud MN 56302-9617 | (d)Linebarger Goggan Blair & Sampson, LLP<br>112 E Pecan Street Suite 2200<br>San Antonio, TX 78205 |
| Macy's/ DSNB<br>Atytn: Bankruptcy 701 E. 60th Street Nor<br>Sioux Falls, SD 57104 | PORTFOLIO RECOVERY ASSOCIATES, LLC<br>POB 41067<br>Norfolk, VA 23541 | Pentagon Federal Credit Union<br>P.O. Box 1432<br>Alexandria, VA 22313-2032 |
| Security Service FCU<br>Attn: Bankruptcy<br>P.O. Box 691510<br>San Antonio, TX 78269 | eMoney USA<br>8700 State Line Rd., Ste. 350<br>Leawood, KS 66206 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)Carmeshia Louise Miller
13711 Kotili Ln
San Antonio, TX 78245-3294

End of Label Matrix
Mailable recipients    59
Bypassed recipients     1
Total                  60