**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: February 24, 2025.**



_____
**SHAD M. ROBINSON**
**UNITED STATES BANKRUPTCY JUDGE**

_____

## UNITED STATES BANKRUPTCY COURT
### WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

IN RE:                        CASE NO. **24-11376-SMR**

**GERALD GLEN MOSELEY**
**MARIA SALDIVAR MOSELEY**

DEBTOR(S)                  CHAPTER 13

### INTERIM ORDER DENYING CONFIRMATION OF CHAPTER 13 PLAN AND DISGORGING ATTORNEY FEES

The Confirmation Hearing for the above-referenced case was scheduled for February 11, 2025. The Debtors did not appear at the hearing. Counsel for the Debtors and the Chapter 13 Trustee appeared at the hearing.

**The Court finds that Confirmation of the Chapter 13 Plan filed on February 4, 2025 is DENIED.**

**The Court also finds that Allmand Law Firm PLLC shall refund all advance attorney fees in the amount of $1,153.00 to the Debtors within ten (10) days from the date of this hearing.**

**The Court also finds that Allmand Law Firm PLLC shall file evidence in the Court record that all advance attorney fees in the amount of $1,153.00 were refunded to the Debtors.**

It is therefore **ORDERED, ADJUDGED and DECREED** that Confirmation of the Chapter 13 Plan filed on February 4, 2025 is **DENIED.**

It is further **ORDERED, ADJUDGED, and DECREED** that Allmand Law Firm PLLC shall refund all advance attorney fees in the amount of $1,153.00 to the Debtors within ten (10) days from the date of this hearing.

It is further **ORDERED, ADJUDGED, and DECREED** that Allmand Law Firm PLLC shall file evidence in the Court record that all advance attorney fees in the amount of $1,153.00 were refunded to the Debtors.

### 

ORDER PREPARED BY:

Deborah B. Langehennig
PO Box 91419
Austin, TX  78709
(512) 912-0305
www.ch13austin.com