Nicholas Inman
State Bar No. 00787747
ALLMAND LAW FIRM, P.L.L.C.
860 Airport Freeway, Suite 401
Hurst, TX 76054
214.265.0123 Phone
214.265.1979 Fax

ATTORNEY FOR DEBTOR

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 24-11376 |
| | § | |
| **Gerlad Glen Mosley** | § | |
| **Maria Saldivar Moseley** | § | |
| | § | |
| | § | |

### NOTICE DESIGNATING NEW LEAD COUNSEL TO
### THE HONORABLE JUDGE OF SAID COURT:

**COMES NOW** Nicholas Inman and Allmand Law Firm, PLLC would respectfully provide the Court notice of the following:

### I.

Dorothy K. Lawrence was an employee of the Dallas office of Allmand Law Firm, PLLC. Ms. Lawrence designated herself to receive notice on numerous cases assigned to Allmand Law Firm, PLLC in the Western District of Texas of the United States Bankruptcy Court. All cases will remain with Nicholas Inman of Allmand Law Firm. Allmand Law Firm, PLLC requests that the Court terminate Dorothy K. Lawrence as receiving notice on behalf of Allmand Law Firm, and designate Nicholas Inman, located at 860 Airport Freeway, Suite 401, Hurst, TX 76054, as the only on the attached cases.

        Respectfully Submitted,

        ALLMAND LAW FIRM, P.L.L.C.

       /s/ Nicholas C. Inman_____
       Nicholas C. Inman
       State Bar No. 00787747
       ALLMAND LAW FIRM, P.L.L.C.
       860 Airport Freeway, Suite 401
       Hurst, TX 76054
       214.265.0123 Phone 214.265.1979 Fax

       ATTORNEY FOR DEBTORS

## **CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that on or about March 11, 2025 a true and correct copy of the foregoing was served on all parties registered to receive electronic notices from the court.

        By: /s/Nicholas C. Inman
        Nicholas C. Inman
        State Bar No. 00787747